P. MICHELOTTI & SONS, INC., PLAINTIFF-PETITIONER, v. BOROUGH OF FAIRLAWN, DEFENDANT-RESPONDENT.

See same case below: 56 *N. J. Super.* 199.

*Mr. Frank W. Shershin* for the petitioner.

*Mr. Samuel S. Black* for the respondent.

October 19, 1959.  Granted.

DOROTHY LOEW, PETITIONER-PETITIONER, v. BOROUGH OF UNION BEACH, RESPONDENT-RESPONDENT.

See same case below: 56 *N. J. Super.* 93.

*Mr. Kenneth E. Joel* for the petitioner.

*Mr. Stanley U. Phares* and *Mr. Isidor Kalisch* for the respondent.

October 19, 1959.  Denied.